# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JEFFREY G. SLOANE, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, <br><br> Defendants. | 2:17-cv-01117-RFB-VCF <br> **MINUTE ORDER** |

Before the Court is the proposed discovery plan and scheduling order (ECF No. 14).

IT IS HEREBY ORDERED that a discovery hearing on the proposed discovery plan and scheduling order (ECF No. 14) is scheduled for 10:00 AM, June 22, 2017, in Courtroom 3D.

DATED this 9th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE