# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

|  |  |
|---|---|
| JEFFREY G. SLOANE,<br><br>     Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., *et al.*,<br><br>     Defendants. | 2:17-cv-01117-RFB-VCF<br>**ORDER** |

Before the Court is Defendant Experian Information Solutions, Inc.'s Request to Appear Telephonically for Discovery Hearing on the Proposed Discovery Plan (ECF No. 19).

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc.'s Request to Appear Telephonically for Discovery Hearing on the Proposed Discovery Plan (ECF No. 19) is GRANTED. John A. Vogt, Esq. may attend the hearing on June 22, 2017 telephonically.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 19th day of June, 2017.

              _____

              CAM FERENBACH
              UNITED STATES MAGISTRATE JUDGE