# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JEFFREY G. SLOANE,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

2:17-cv-01117-RFB-VCF

**ORDER**

[Motion to Quash and Preclude, ECF No. 29]

  Before the Court is Defendant's Emergency Motion to Quash Subpoena and Preclude Plaintiff's Use of Documents Improperly Subpoenaed from R.R. Donnelley. (ECF No. 29).

  IT IS HEREBY ORDERED that Plaintiff shall file a response on or before September 13, 2017.

  IT IS FURTHER ORDERED that Defendant shall filed a reply on or before September 15, 2017.

  IT IS FURTHER ORDERED that a hearing on Defendant's Motion to Quash and Preclude (ECF No. 29) is scheduled for 2:00 PM, September 18, 2017.

  DATED this 7th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE